UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
JOANN RAO,

                    Plaintiff,

-vs-                                          Civil Action No.: 5:04-CV-376
                                                  (NAM/GHL)
HOME DEPOT USA, INC.,

                    Defendant.
------------------------------------------------------------

## STIPULATION OF DISMISSAL

The above-referenced parties, by and through their respective counsel, hereby stipulate to the dismissal of this action with prejudice and without costs or fees to either party.

DATED:    February 17, 2005                      DATED:    February 17, 2005

/s/ Matthew E. Bergeron                        /s/ Debra S. Morway
SATTER & ANDREWS, LLP                    MORGAN, LEWIS & BOCKIUS LLP
By: Matthew E. Bergeron, Esq.            By: Debra S. Morway, Esq.
Bar Roll No.: 511709                              Attorneys for Defendant
Attorneys for Plaintiff                             101 Park Avenue
217 S. Salina Street                                  New York, N.Y. 10178
Syracuse, New York 13202                 Tel: (212) 309-6000
Tel: (315) 471-0405                                Fax: (212) 309-6001
Fax: (315) 471-7849

SO ORDERED

/s/ Norman A. Mordue
Norman A. Mordue
U.S. District Court Judge

February 17, 2005